UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 2: 21-CR-10-1D(2)

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | ORDER TO SEAL |
|  | ) |  |
| MAURICE DWIGHT TOXEY. | ) |  |
| Defendant. | ) |  |

FOR GOOD CAUSE SHOWN, upon Motion of the Defendant, it is hereby

ORDERED that the Motion and Order to Seal and the Consent Motion to Extend the Period Of Times Within Which to File A Response to the Draft Presentence Report [D.E. 35] be sealed until such time as requested to be unsealed by the Defendant.

This **27** day of August, 2021.

JAMES C. DEVER III
U.S. DISTRICT JUDGE