UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 2: 21-CR-10-1D(2)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| MAURICE DWIGHT TOXEY. | ) | |
|     Defendant. | ) | |

FOR GOOD CAUSE SHOWN, upon Motion of the Defendant, it is hereby

ORDERED that the Motion and Order to Seal and the Sentencing Memorandum and Motion for a Downward Variance be sealed until such time as requested to be unsealed by the Defendant.

This **10** day of January, 2022.

                                          _/s/ Dever_
                                          JAMES C. DEVER III
                                          U.S. DISTRICT COURT JUDGE